# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Fluor Corporation | ) | ASBCA No. 59292 |
| | ) | |
| Under Contract No. DACA78-04-D-0004 | ) | |

APPEARANCES FOR THE APPELLANT:   James A. Hughes, Esq.
                                  VP & General Counsel
                                 Donald M. Yenovkian II, Esq.
                                  Senior Counsel

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
                                  DCMA Chief Trial Attorney
                                 Kara M. Klaas, Esq.
                                 Arthur M. Taylor, Esq.
                                  Trial Attorneys
                                  Defense Contract Management Agency
                                  Manassas, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 29 July 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59292, Appeal of Fluor Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals